**SEALED**

1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2755



FILED

MAR 14 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )   2 0 8 - SW - 0 1 0 0   DAD
                               )   SW:
        Plaintiff,             )
                               )
    v.                         )
                               )
IN RE:                         )   SEALING ORDER
                               )
    SEALED                     )
_____)

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Affidavit and Application for a Search Warrant filed in the above-reference case, and any matter opening documents, shall be sealed pending further order of the Court.

IT IS SO ORDERED.

DATED: 3/14/08                 _____
                               DALE A. DROZD
                               United States Magistrate Judge