1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2755

**FILED**

MAR 3 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | SW: 2:08-SW-0100 DAD |
| Plaintiff, ) | |
| v. ) | |
| IN RE: ) | UNSEALING ORDER |
| SEALED ) | |

The United States, by and through its counsel, hereby applies to this Court for an order to unseal the Affidavit and Application for a Search Warrant filed in the above-reference matter on or about March 14, 2008. The search warrant has been executed and there is no further justification for the keeping the above-described material sealed.

DATED: 3/31/08

McGREGOR W. SCOTT
United States Attorney

COURTNEY J. LINN
Assistant U.S. Attorney

## O R D E R

For cause shown, the United States' motion to unseal the Search Warrant Affidavit and Application in the above-reference case is GRANTED.

IT IS SO ORDERED.

DATED: 3-31-08

EDMUND F. BRENNAN
United States Magistrate Judge